**HUESTON HENNIGAN LLP**
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Sourabh Mishra, State Bar No. 305185
smishra@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Plaintiffs Kelly Toys Holdings,*
*LLC; Jazwares, LLC; Kelly Amusement*
*Holdings, LLC; and Jazplus, LLC*

JEAN-PAUL CIARDULLO
  CA Bar No. 284170
  jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET
SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

*Attorneys for Defendant ZURU, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>ZURU, LLC,<br><br>*Defendant*. | Case No. 2:23-cv-09255-MCS(AGRx)<br><br>Hon. Mark C. Scarsi<br><br>**STIPULATION EXTENDING TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT**<br><br>SAC Filed: 7/11/2024<br>Answer Deadline: 7/25/2024 |

-1-

STIPULATION EXTENDING TIME TO FILE ANSWER

Plaintiffs Kelly Toys Holdings, LLC, Jazwares, LLC, Kelly Toys Amusement Holdings, LLC, and Jazplus, LLC ("Plaintiffs") and Defendant Zuru, LLC ("Defendant") (collectively "the Parties") hereby stipulate as follows:

On June 27, 2024, this Court granted Defendant's motion to dismiss Plaintiffs' trade dress claims with leave to amend to "'narrow the list of Squishmallows that practice' the purported trade dress." (ECF 41 at 8.)

On July 9, 2024, Plaintiffs filed a Second Amended Complaint ("SAC") that identified in Appendix A: "pictures of Squishmallows products at issue with respect to this case to which the Squishmallows Trade Dress applies." (ECF 42 ¶ 25.)

On July 18, 2024, the Parties met and conferred about the SAC. Defendant expressed its interpretation of the Court's order that Plaintiffs are required to provide a comprehensive listing that makes clear which Squshmallows are alleged to practice the claimed trade dress and, by exclusion, which do not. Plaintiffs disagreed, expressing their interpretation that the Court ordered them to narrow the list of Squishmallows and they did so with respect to and for the purposes of this case. Plaintiffs contend that the Court did not require Plaintiffs to identify Squishmallows that do not practice the claimed trade dress.

Though the Parties disagree about this issue and reserve all rights for later stages of litigation, the Parties wish to resolve their disagreement without further motion practice. Accordingly, the Parties have agreed to stipulate to allow Plaintiffs to update Appendix A to require Plaintiffs to identify (by showing pictures of) the Squishmallows that have been sold to date that practice the Squishmallows Trade Dress, while making clear that, by exclusion, the balance of Squishmallows that have been sold to date are not alleged to practice the asserted trade dress. In view of the Parties' agreement, Defendants have agreed to not pursue a motion to dismiss, while otherwise reserving all rights to challenge the trade dress claims in later stages of the litigation, including but not limited to their articulation and validity. Neither party concedes anything with respect to the other's arguments or positions.

Accordingly, the Parties respectfully request the Court adopt the following schedule to allow the parties to address the remaining disagreement about the pleadings:

1. Deadline for Plaintiffs to File an amended complaint with an updated Appendix A showing pictures of the Squishmallows that have been sold to date that are alleged to practice the claimed trade dress, and indicating that, by exclusion, the balance of Squishmallows sold to date are not alleged to practice the claimed trade dress: August 5, 2024; and

2. Deadline for Defendant to File its Answer: August 19, 2024.

The parties are submitting herewith a proposed order effectuating the above schedule for the Court's consideration.

Respectfully,

DATED: July 22, 2024                     **HUESTON HENNIGAN LLP**[1]

   /s/ Sourabh Mishra
Sourabh Mishra

*Attorney for Plaintiffs Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC*

DATED: July 22, 2024                     **FOLEY & LARDNER LLP**

   /s/ Jean-Paul Ciardullo
Jean-Paul Ciardullo

*Attorneys for Defendant ZURU, LLC*

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories concur in the filing's content and have authorized the filing.