FILED
CLERK, U.S. DISTRICT COURT
November 12, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MICHELLE WILLIAMS COURT | ORDER OF THE CHIEF JUDGE<br><br>24-162 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Michelle Williams Court,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Mark C. Scarsi to the calendar of Judge Michelle Williams Court:

| Case Number | Case Name |
|---|---|
| 2:23-cv-08153-MCS-KS | United States of America v. Bryant Rivera |
| 2:23-cv-08682-MCS-JPRx | Edmond Babakhanlou v. Los Angeles County et al |
| 2:23-cv-09255-MCS-AGRx | Kelly Toys Holdings, LLC et al v. Zuru, LLC |
| 2:24-cv-02781-MCS-KSx | Douglas Downey v. Sonesta Hotel International Corporation |
| 2:24-cv-05724-MCS-KSx | Pamela Koppel v. TimePayment, Inc. et al |
| 2:24-cv-07508-MCS-PVCx | Lourdes R. Garcia v. Riversource Life Insurance Company et al |
| 2:24-cv-07635-MCS-AJRx | FN Logistics, LLC et al v. Bluecrew, LLC |
| 2:24-cv-08109-MCS-MARx | Daevon Jerrielle Taylor Living Trust v. Navy Federal Credit Union et al |
| 2:24-cv-08320-MCS-BFMx | Farnaz Vojdani v. Life Insurance Company of North America |
| 2:24-cv-08471-MCS-SKx | Jaquan Ramdhan v. Amazon.com, Inc. |
| 2:24-cv-08594-MCS-BFMx | Sealed v. Sealed |
| 2:24-cv-08773-MCS-BFMx | Andrew Babakhanlou et al v. American Family Insurance Claims Services, Inc. et al |

In the Matter of the
Creation of Calendar for
District Judge Michelle Williams Court                                                                 2

| 2:24-cv-08899-MCS-Ex | Ana Ventura v. Nahyar Eghbali et al |
| 5:22-cv-01893-MCS-PD | Moses Estrada v. Campbell |

On all documents subsequently filed in the case, please substitute the Judge initials "MWC" after the case number in place of the initials of the prior Judge.

DATED:  November 12, 2024

_____
Chief Judge Dolly M. Gee