FILED
CLERK, U.S. DISTRICT COURT
February 27, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) ) of ) ) ) Judge SERENA R. MURILLO ) ) | ORDER OF THE CHIEF JUDGE 25-042 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Serena R. Murillo,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Michelle Williams Court to the calendar of Judge Serena R. Murillo:

| | |
|---|---|
| 2:23-cv-08745-MWC-AGR | Cortell Franklin v. Los Angeles County Sheriff Department |
| 2:23-cv-09255-MWC-AGRx | Kelly Toys Holdings, LLC et al v. Zuru, LLC |
| 2:23-cv-10372-MWC-Ex | Scott Nason v. Howmet Aerospace, LLC, et al. |
| 2:24-cv-07581-MWC-JCx | David Matthews v. AT&T Services, Inc., et al. |
| 2:24-cv-09123-MWC-BFMx | American Civil Liberties Union Foundation of Southern California v. Federal Bureau Of Prisons, et al. |
| 2:24-cv-09322-MWC-PDx | John Doe v. United States Citizenship and Immigration Services, et al. |
| 5:23-cv-00123-MWC-SHKx | Christian Bryant et al v. City of Barstow, et al. |
| 5:23-cv-02463-MWC-AGR | Trent William Pell v. Matt Hardesty |
| 5:24-cv-01438-MWC-SPx | Norman Gainer et al v. County of San Bernardino, et al. |
| 5:24-cv-01904-MWC-SPx | Dayco Industries LLC v. Regg Inspection Corp., et al. |
| 5:24-cv-02003-MWC-DTBx | R. C. et al v. Walmart Inc. |
| 8:24-cv-01457-MWC-JDEx | Norma Antiporta v. B. Braun Medical Inc., et al. |

In the Matter of the
Creation of Calendar for
District Judge Serena R. Murillo                                                                              2

_____

      On all documents subsequently filed in the case, the Judge initials "SRM" shall be substituted after the case number in place of the initials of the prior Judge.

DATED:  February 27, 2025            _____
                                               Chief Judge Dolly M. Gee